(No. 6075—

LORD, BISSELL AND BROOK, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF FINANCIAL INSTITUTIONS, Respondent.

*Opinion filed August 30, 1971.*

LORD, BISSELL AND BROOK, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6076—

M. D. APPLE, D.D.S., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed August 30, 1971.*

M. D. APPLE, D.D.S., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.